**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                        Case No. 08-cr-118-PB

<u>Christopher Francoeur</u>

**O R D E R**

The defendant has moved, through counsel, to continue the trial scheduled for November 4, 2008, citing the need for additional time to complete and prepare a defense or engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 4, 2008 to January 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 20, 2008 final pretrial conference is continued to December 22, 2008 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 20, 2008

cc: Jessica Brown, Esq.
    Debra Walsh, AUSA
    United States Probation
    United States Marshal