```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 08-cr-118-PB

**Christopher Francoeur**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for January 6, 2009.  Counsel requests additional time to arrange for defendant to be transported from the Hillsborough County Department of Corrections for a plea hearing to be scheduled within the next two weeks.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 6, 2009 to February 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

        SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

January 5, 2009

cc:   Jessica Brown, Esq.
      Debra Walsh, Esq.
      United States Probation
      United States Marshal